UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| Aloha Pencil Company, LLC | |
|---|---|
| **Plaintiff,** v. UNITED STATES, **Defendant.** | **S U M M O N S** Ct. No. 24-cv-00192 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Aloha Pencil Company, LLC, interested party under 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C), that participated in the underlying administrative review, and thus has standing under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff challenges aspects of the U.S. Department of Commerce final decision, Certain Cased Pencils From the People's Republic of China: Rescission of Antidumping Duty Adminsitrative Review; 2022-2023, 89 Fed. Reg. 74,894 (Sept. 13, 2024)
   (Brief description of contested determination)

3. September 6, 2024 (signed)
   (Date of determination)

4. September 13, 2024 (89 Fed. Reg. 74,894)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/Mark B. Lehnardt
Signature of Plaintiff's Attorney

Oct. 12, 2024
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Mark B. Lehnardt
Davis & Leiman
1025 Connecticut Ave., N.W., Ste. 1012
Washington, D.C. 20036
202.642.4850   /   MLehnardt@DLTrade.com

SEE REVERSE SIDE

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

On behalf of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
Civil Division - Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

On behalf of the U.S. Department of Commerce
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Pennsylvania Ave., N.W.
Washington, DC 20230