## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Aloha Pencil Company, LLC<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 24-00192 |

### ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

Mario Toscano
Clerk of the Court


By:   /s/ Stephen Swindell
      Deputy Clerk


Date: November 14, 2024
      New York, New York